IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RONALD PADOLF, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 22-7 |
| | ) | |
| v. | ) | Judge Cathy Bissoon |
| | ) | Magistrate Judge Lisa Pupo Lenihan |
| UNITED SERVICES AUTOMOBILE ASSOCIATION, | ) ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM ORDER

This case has been referred to United States Magistrate Judge Lisa Pupo Lenihan for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On October 27, 2022, the Magistrate Judge issued a Report (Doc. 26) recommending that Defendant's Motion to Dismiss (Doc. 19) be granted, and that this case be dismissed with prejudice. Service of the Report and Recommendation ("R&R") was made on the parties, and no objections have been filed.

After a review of the pleadings and documents in the case, together with the Report and Recommendation, it hereby is **ORDERED** that Defendant's Motion to Dismiss (**Doc. 19**) is **GRANTED**, this case is **DISMISSED WITH PREJUDICE**, and the Magistrate Judge's R&R (Doc. 26) is adopted as the Opinion of the District Court.

IT IS SO ORDERED.


November 15, 2022                                          s\Cathy Bissoon
                                                           Cathy Bissoon
                                                           United States District Judge

2

cc (via ECF email notification):

All Counsel of Record