# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RONALD PADOLF, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 22-7 |
| | ) | |
| v. | ) | Judge Cathy Bissoon |
| | ) | Magistrate Judge Lisa Pupo Lenihan |
| UNITED SERVICES AUTOMOBILE ASSOCIATION, | ) ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT ORDER

FINAL JUDGMENT hereby is entered pursuant to Rule 58 of the Federal Rules of Civil Procedure.  This case has been marked closed.

IT IS SO ORDERED.


November 15, 2022                              s\Cathy Bissoon
                                               Cathy Bissoon
                                               United States District Judge

cc (via ECF email notification):

All Counsel of Record